UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 01-1491

STEPHEN T. VOGRIN,

Plaintiff - Appellant,

versus

BUREAU OF ALCOHOL, TOBACCO AND FIREARMS;
UNITED STATES OF AMERICA,

Defendants - Appellees.

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling.  Frederick P. Stamp, Jr., District Judge.  (CA-98-117-5)

Submitted:  June 20, 2001                Decided:  July 3, 2001

Before NIEMEYER, LUTTIG, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Stephen T. Vogrin, Appellant Pro Se.  Michael C. Colville, OFFICE OF THE UNITED STATES ATTORNEY, Pittsburgh, Pennsylvania; Colette Gianna Matzzie, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Stephen T. Vogrin appeals the district court's order granting the Bureau of Alcohol, Tobacco and Firearms' motion to dismiss. We have reviewed the record and the district court's memorandum opinion and order and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Vogrin v. Bureau of Alcohol, Tobacco & Firearms, No. CA-98-117-5 (N.D.W. Va. Mar. 30, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED